# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 9, 2020

## NO. 03-20-00197-CR

**Carlos Gomez a/k/a Carlos Ulloa, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.